**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 343 MAL 2023
                                :
                    Respondent  :
                                :
                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court
        v.                      :
                                :
                                :
ALLEN LEE DAVEY,                :
                                :
                    Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.